14824.   MORRISON *v.* THE STATE.

BROYLES, C. J.  The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial requires another hearing of the case.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1923.  REHEARING DENIED DECEMBER 5, 1923.

Indictment for bastardy; from Berrien superior court—Judge Dickerson.  June 9, 1923.

*L. C. Underwood, F. H. Saffold, Jeff. S. Story,* for plaintiff in error.

*J. D. Lovett,* solicitor-general, *John P. & Dewey Knight,* contra.